No. D–15. IN RE DISBARMENT OF SEVIN. It is ordered that Marshall Howard Sevin, of Central City, Cali-

fornia, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.